5:20-CV-182

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **DD&B CONSTRUCTION, INC.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| | § | |
| **THE HANOVER INSURANCE** | § | |
| **COMPANY;** | § | |
| **Defendant.** | § | **[JURY DEMANDED]** |
| | § | |

**DEFENDANT'S NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, THE HANOVER INSURANCE COMPANY (herein "Defendant" of "Hanover"), and files this, its Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 as follows:

## I.    PROCEDURAL HISTORY

1.     On January 15, 2020, Plaintiff, DD&B Construction, Inc., ("Plaintiff") filed its Original Petition and initiated an action against Defendant in the 150th Judicial District Court of Bexar County, Texas, in Cause No. 2020CI00922 (the "State Court Action").  *See* Exhibit "A" attached hereto and incorporated herein by reference.

2.     Defendant was served on January 22, 2020, with a copy of the Summons of Citation and Plaintiff's Original Petition.  *See* Exhibit "B" for a copy of the Citation attached hereto and incorporated herein by reference.

3.     Defendant filed an Answer in the State Court Action on February 13, 2020.  *See* Exhibit "C" attached hereto and incorporated herein by reference.

4.     Defendant's Notice of Removal was filed on February 14, 2020, which is within the thirty-day statutory time period for removal allowed under 28 U.S.C. §1446(b).

1

## II.    FACTUAL BACKGROUND

5.      Defendant provided Builders' Risk insurance to PHG Stone Oak, LLC ("PHG Stone Oak") under Policy No. IHA-D020546-00 (the "Policy") for a Home2Suites hotel which was being built at 1807 N. Loop East, San Antonio, Texas 78259 (the "Property").  PHG Stone Oak hired DD&B Construction, Inc. as the general contractor for the project.  On or about July 4, 2017, DD&B Construction, Inc. created a condition which caused flooding of the structure.  PHG Stone Oak also retained DD&B Construction, Inc. to perform the water remediation services.  A dispute arose between Defendant's insured, PHG Stone Oak, and DD&B Construction, Inc. concerning the amount of money owing for the work performed less damages.  Defendant agreed to pay – and did pay – an additional $195,000.00 on the loss for the disputed remediation expenses in exchange for a full and final release.

6.      Defendant does not admit the underlying facts alleged by Plaintiff and expressly denies any liability to Plaintiff.  Defendant contends that no additional money is owing, and in the alternative, that if there is additional money owing, then it is owed solely by PHG Stone Oak.

## III.    DIVERSITY JURISDICTION

7.      Plaintiff, DD&B Construction, Inc., is a corporation formed under the laws of Maryland with its principal place of business in Gaithersburg, Maryland.  Plaintiff is a citizen of the State of Maryland for diversity purposes.

8.      Defendant, Hanover, is an insurer incorporated under the laws of the State of New Hampshire and with its principal place of business in the Commonwealth of Massachusetts. Defendant is a citizen of those states for diversity purposes.

9.      Removal is proper because there is complete diversity between the parties.

10.      Venue is proper in the Western District of Texas, San Antonio Division, because

the Property made the subject of the suit is located within the San Antonio Division.

11.     The "matter in controversy" under 28 U.S.C. § 1332(a) is determined by reference to the plaintiff's pleadings.  The damages the plaintiff claims in its petition, if apparently claimed in good faith, are controlling.  *St. Paul Mercury Indem. Co. v. Red Cab Co*., 303 U.S. 283, 288 (1938).  Plaintiff has pled that it seeks damages in excess of $100,000.00 in its Petition at Paragraph No. 6.  See Exhibit "A."  Thus, the total economic damages and attorneys' fees being sought exceeds the $75,000 jurisdictional minimum amount in controversy.

## IV.    INFORMATION FOR THE CLERK

12.     Plaintiff:  DD&B Construction, Inc.

13.     Defendant:  The Hanover Insurance Company

14.     The case is pending in the 150TH Judicial District Court of Bexar County:

> Honorable Monique Diaz
> Bexar County District Civil Courthouse
> 100 Dolorosa, 2nd Floor
> San Antonio, TX  78205
> Telephone:  (210) 335-2533

15.     Pursuant to 28 U.S.C. §1446(a), Defendant has attached copies of all processes and pleadings served upon it in the state court action.  No further proceedings have been had therein. There are no other pleadings in state court.

16.     Counsel for Plaintiff, DD&B Construction, Inc.:

> Christopher G. Burwell; SBN: 24063581
> BAILEY & BAILEY, P.C.
> 230 Pereida Street
> San Antonio, TX  78210-1145
> Phone:  210-225-7747
> Facsimile:  210-225-8246
> E-mail:  cburwell@baileyandbaileypc.com

17.     Counsel for Defendant, The Hanover Insurance Company:

Peri H. Alkas; TBN: 00783536
Mark Dodart; TBN: 00792286
Chad Schreiber; TBN: 24085732
PHELPS DUNBAR LLP
500 Dallas, Suite 1300
Houston, Texas  77002
Phone:          713-626-1386
Facsimile:      713-626-1388
E-Mail: peri.alkas@phelps.com
          mark.dodart@phelps.com
          chad.schreiber@phelps.com

### Jury Demand

18.     Plaintiff demanded a jury trial in state court.

19.     Defendant demanded a jury trial in state court and requests a trial by jury in federal court as well.

### Miscellaneous

20.     On the same day this Notice of Removal was filed, Defendant filed notice of this removal in the State Court Action.  A copy of this Notice of Removal filed in the State Court Action is attached as Exhibit "D."

21.     Because Plaintiff is a corporation and a citizen of Maryland; Defendant is an insurer incorporated under the laws of New Hampshire and with its principal place of business in Massachusetts, and the amount in controversy exceeds $75,000, the Court has subject matter jurisdiction based on diversity of citizenship and residency.  28 U.S.C. §1132.  As such, this removal action is proper.

WHEREFORE, Defendant respectfully requests that the above-entitled action be removed from the 150TH District Court of Bexar County, Texas, to the United States District Court for the Western District of Texas, San Antonio Division.

Respectfully submitted,


By:＿＿＿＿*/s/ Peri H. Alkas*＿＿＿＿＿＿＿＿＿＿
　　　　　Peri H. Alkas
　　　　　ATTORNEY-IN-CHARGE
　　　　　State Bar No. 00783536
　　　　　Federal Bar No. 15785
　　　　　PHELPS DUNBAR, LLP
　　　　　500 Dallas, Suite 1300
　　　　　Houston, Texas 77002
　　　　　Telephone (713) 626-1386
　　　　　Facsimile (713) 626-1388
　　　　　Email:  peri.alkas@phelps.com


**ATTORNEY-IN-CHARGE FOR DEFENDANT,
THE HANOVER INSURANCE COMPANY**

**OF COUNSEL:**
Mark C. Dodart
TBN:  00792286
PHELPS DUNBAR, LLP
mark.dodart@phelps.com
Chad W. Schreiber
TBN: 24085732
PHELPS DUNBAR, LLP
chad.schreiber@phelps.com

- 5 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument has been served upon all known counsel of record as listed below by placing a copy of same in the United States mail, certified, return receipt requested, electronically, and/or hand delivery on February 14, 2020.

Christopher G. Burwell                          VIA CM/RRR: : 7106 1970 0001 1488 0311 AND
BAILEY & BAILEY, P.C.                           VIA E-MAIL: cburwell@baileyandbaileypc.com
230 Pereida Street
San Antonio, TX  78210-1145


/s/ Peri H. Alkas
Peri H. Alkas

PD.28026633.1